72 P.3d 1011 (2003)
188 Or. App. 764
STATE of Oregon, Respondent,
v.
Dennis James WILKINSON, Appellant.
99CR0486; A120403
Court of Appeals of Oregon.
February 5, 2003.
March 4, 2003.
Decided July 16, 2003.
Dennis James Wilkinson, pro se.
Before BREWER, Presiding Judge, and WOLLHEIM and KISTLER, Judges.
On the COURT'S ORDER to Show Cause February 5, 2003.
Appellant's Return, Order to Show Cause March 4, 2003.
PER CURIAM.
Appeal dismissed. State v. Hart, 188 Or. App. 650, 72 P.3d 671 (2003).